UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       vs.<br><br>MARIA ESTELLA PEREZ,<br><br>                              Defendant. | CASE NO. 08CR3827-JAH<br><br>JUDGMENT OF DISMISSAL |

FILED
09 AUG 31 PM 1:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal.

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) of:

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 24, 2009

_____
John A. Houston
UNITED STATES DISTRICT JUDGE

ENTERED ON _____